| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | ☑ David Alley | Telephone: (313) 623-2106 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Aldair TECUATEQUE-SANCHEZ | Case No. | Case: 2:26−mj−30422<br>Assigned To : Unassigned<br>Assign. Date : 7/14/2026<br>Description: RE: ALDAIR<br>TECUATEQUE−SANCHEZ (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 29, 2026 _____ in the county of _____ Oakland _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(1) and (b) | Assaulting, Resisting or Impeding a Federal Officer with a Deadly or Dangerous Weapon |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Alley, Special Agent, HSI Investigations
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _____ July 14, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, David M. Alley, a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations, being duly sworn, hereby depose and state:

## INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located at 477 Michigan Ave., Suite 1850, Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, GA. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification.

2. I submit this affidavit in support of a probable cause finding that on or about June 29, 2026, Aldair TECUATEQUE-SANCHEZ violated 18 U.S.C. § 111(a)(1) and

1

(b) by using a deadly or dangerous weapon, specifically a RAM 1500 truck, while forcibly assaulting, resisting, opposing, impeding, and/or interfering with a federal officer while engaged in or on account of the performance of official duties.

3. Because this affidavit is for the limited purpose of establishing probable cause that Aldair TECUATEQUE-SANCHEZ committed the above-described violations of federal law, I have not included every fact I know in connection with this investigation. The statements contained in this affidavit are based on information I obtained from written reports, my own observations and actions, information received from other law enforcement agents, my training and experience, and of other agents and officers working with me.

## **PROBABLE CAUSE**

4. On June 29, 2026, Detroit Enforcement and Removal Officers were conducting surveillance on a targeted alien residing in Pontiac, MI. At approximately 0645 hours, a red 2015 RAM 1500 bearing Michigan license plate 7QDV95 (registered to the targeted alien) reversed out of the driveway of the address and departed southbound on Martin Luther King Blvd. Officers continued with mobile surveillance due to only having three law enforcement vehicles in the vicinity of the RAM. The RAM turned west on South Blvd., south on Franklin Rd., and then continued south on Telegraph Rd. During surveillance, officers noticed the driver of the RAM truck looking around nervously, as if he was trying to determine

2

whether he was being followed.

5.   After the fourth law enforcement vehicle caught up to our location, officers initiated a vehicle stop with a four-vehicle box in maneuver while traveling southbound on Telegraph Rd. at the first turnaround south of 12 Mile Rd. in Southfield, MI 48034. Red and blue emergency lights were activated on the vehicles driven by the law enforcement officers. Upon initiation of the vehicle stop, the RAM accelerated at a high rate of speed and turned left into a law enforcement vehicle, making enough physical contact with the vehicle to push the vehicle to the side. As a result of the impact, there was visible damage to the front passenger headlight and door area of the government vehicle. There was significant alignment damage to the government vehicle to the point where it would swerve right or left when attempting to drive straight at a low rate of speed. The vehicle was unsafe to drive on the road, and a tow was required to transport the vehicle to a collision repair shop.  The law enforcement vehicle was driven by ICE Agent Domzalski, who was the sole occupant of the vehicle.

6.   The RAM then fled eastbound through the turnaround disregarding the posted stop sign straight into oncoming northbound traffic. The RAM's front passenger side was struck by a silver Honda Fit (EUW1945) that was traveling approximately 40 mph. Significant damage was caused to the Honda vehicle, and air bags deployed. The RAM then fled the scene of the accident eastbound through northbound

3

Telegraph Rd., jumped the curb, traveled through the grassy area on the side of the road, and into the Meijer parking lot at 28800 Telegraph Rd., Southfield, MI. The RAM attempted to flee eastbound through the parking lot but was unable to drive due to heavy accident damage. Officers were able to stop the vehicle in the parking lot. Red and blue lights were still activated on the law enforcement vehicles. Officers approached the vehicle, identified themselves, and ordered the driver out of the vehicle.

7. The driver and sole occupant of the RAM, later identified as Aldair TECUATEQUE-SANCHEZ (A XXX XXX 620), ignored commands to exit the vehicle. TECUATEQUE-SANCHEZ was removed from the vehicle, placed in handcuffs and seated in the rear of a law enforcement vehicle. Officers contacted local law enforcement to the scene of the vehicle accident. The victim of the accident was transported via emergency services to a nearby hospital with suspected minor injuries.

8. Officers confirmed TECUATEQUE-SANCHEZ did not possess any immigration documents to be or remain in the United States legally. A Warrant of Arrest (Form I-200) couldn't be issued by an appropriate supervisor prior to this ICE arrest. The officers evaluated the totality of the circumstances and determined through observation, statements, information gathering, and/or records checks that there was probable cause that TECUATEQUE-SANCHEZ was likely to escape before a

Warrant of Arrest could be issued due to ability and means to depart the scene.

9. Photos of the accident were taken by officers, and body cameras were worn and activated during the duration of the incident. TECUATEQUE-SANCHEZ was placed under arrest and transported to the Detroit Field Office without further incident.

10. During a post-arrest interview, TECUATEQUE-SANCHEZ stated he last entered the United States on foot from Mexico into Texas sometime in 2021, without inspection from an authorized United States immigration official at a port of entry. At the time of arrest, TECUATEQUE-SANCHEZ was in possession of a Mexico Consular Identification Card. He was not in possession of any official immigration documentation, as required per the Alien Registration Act.

## CONCLUSION

11. Based on the above-stated facts and my experience and training, I believe there is probable cause that, on or about June 29, 2026, Aldair TECUATEQUE-SANCHEZ used his RAM vehicle to forcibly assault, resist, oppose, impede, and interfere with a federal officer while engaged in or on account of the performance of official duties, in violation of 18 U.S.C. § 111(a)(1) and (b).

5

David Alley
Special Agent
Homeland Security Investigations


Sworn before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

July 14, 2026